IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re                                                             :   Chapter 15
                                                                  :
Crystallex International Corporation[1]                           :   Case No. 11-14074 (LSS)
                                                                  :
Debtor in a Foreign Proceeding.                                   :   **Ref. Docket No. 147**
----------------------------------------------------------------- x

## SECOND STATUS REPORT

        Crystallex International Corporation, in its capacity as the court-appointed foreign representative (the "**Foreign Representative**") for the above-captioned debtor (the "**Debtor**" or "**Crystallex**") in a proceeding (the "**Canadian Proceeding**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"), respectfully submits this report at the request of the Court.

## EVENTS SINCE THE FILING OF THE FIRST STATUS REPORT[2]

**I.    The Arbitration**

        1.    Since submitting post-hearing briefs in May of 2014, the Arbitration Facility of the International Center for Settlement of Investment Disputes (the "**Tribunal**") requested additional documentation and briefing submissions and held an impromptu hearing in November of 2014. On April 4, 2016, an award was issued to Crystallex against the Bolivian Republic of Venezuela by the Tribunal. The award was in the amount of US $1.202 billion plus interest thereon calculated from April 13, 2008.

---

[1]     The last four digits of the Debtor's United States taxpayer identification number are 2628. The Debtor's executive headquarters are located at 8 King Street East, Suite 1201, Toronto, Ontario, Canada M5C-1B5.

[2]     The first status report was filed on October 13, 2014 [Docket No. 147] (the "**First Status Report**") and is attached hereto as <u>Exhibit A</u>. Capitalized terms used herein, but not otherwise defined, have the meaning given to them in the First Status Report.

01:18689508.3

## II. DIP Financing

2. Since this Court's entry of the order dated February 3, 2015 [Docket No. 162], there have been no additional orders of the Canadian Court further amending the DIP Credit Agreement. The Debtors are utilizing the funds to meet their obligations and to pursue confirmation and enforcement of the award described under item 1. The Canadian Court-appointed monitor in the Canadian Proceeding has determined that Crystallex has funds sufficient to meet its needs until at least the end of 2016.

## III. Standstill Terms

3. Following negotiations in 2013 among the Debtor, Computershare Trust Company of Canada, in its capacity as trustee (the "**Trustee**"), members of the Ad Hoc Committee of Noteholders (the "**Ad Hoc Committee**"), and Tenor Special Situation Fund I, LLC, such parties consented to the Canadian Court's entry of the *Stay Extension and Standstill Order of the Canadian Court*, dated June 5, 2013 (as may be amended, the "**Standstill Order**"). This Court recognized and enforced the Standstill Order by order dated June 19, 2013 [Docket No. 124].

4. Pursuant to the Standstill Order and a post-petition financing order, from June 5, 2013, until December 31, 2015, there was a standstill by and among the Debtor, the Trustee, and the Ad Hoc Committee on the terms set forth in the Standstill Order. The Standstill Order expired on December 31, 2015 and was not renewed.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: June 15, 2016<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ian J. Bambrick*<br>Robert S. Brady (No. 2847)<br>Matthew B. Lunn (No. 4119)<br>Maris J. Kandestin (No. 5294)<br>Ian J. Bambrick (No. 5455)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>- and -<br><br>WILLKIE FARR & GALLAGHER LLP<br>Marc Abrams<br>787 Seventh Avenue<br>New York, New York 10019-6099<br>Telephone:  (212) 728-8000<br>Facsimile:  (212) 728-8111<br><br>*Co-Counsel to the Foreign Representative and the Chapter 15 Debtor* |