IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re | : | Chapter 15 |
| | : | |
| Crystallex International Corporation[1] | : | Case No. 11-14074 (LSS) |
| | : | |
| Debtor in a Foreign Proceeding. | : | |

---

### AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR THE HEARING ON DECEMBER 5, 2019, AT 3:30 P.M. (ET)

**MATTERS GOING FORWARD:**

1. Motion for Entry of an Order Recognizing and Enforcing the CCAA Eighth Extension and Twelfth Amendment Order (REDACTED) [Docket No. 299, 11/14/19]

   Objection/Response Deadline:            December 2, 2019, at 4:00 p.m. (ET)

   Related Pleadings:

   a) Motion for Entry of an Order Recognizing and Enforcing the CCAA Eighth Extension and Twelfth Amendment Order (SEALED) [Docket No. 298, 11/14/19]

   **b) Certificate of No Objection Regarding Docket Nos. 298 & 299 [Docket No. 303, 12/3/19]**

   Objections/Responses Received:            None.

   **Status:  No objections or responses have been received.  A certificate of no objection has been filed.  As such, unless the Court has any questions, no hearing is required**.

2. Motion for Order Authorizing the Filing Under Seal of Portions of the Motion for Entry of an Order Recognizing and Enforcing the CCAA Eighth Extension and Twelfth Amendment Order [Docket No. 300, 11/14/19]

   Objection/Response Deadline:            December 2, 2019, at 4:00 p.m. (ET)

   Related Pleadings:

---

[1]  The last four digits of the Debtor's United States taxpayer identification number are 2628.  The Debtor's executive headquarters are located at 8 King Street East, Suite 1201, Toronto, Ontario, M5C 1B5, Canada.

[2]  Amended items appear in bold.

**a)** **Certificate of No Objection Regarding Docket No. 300 [Docket No. 304, 12/3/19]**

Objections/Responses Received:                    None.

**Status: No objections or responses have been received.  A certificate of no objection has been filed.  As such, unless the Court has any questions, no hearing is required.**

| | |
|---|---|
| Dated: December 4, 2019<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br><br>*/s/ Ian J. Bambrick*<br>Matthew B. Lunn (No. 4119)<br>Ian J. Bambrick (No. 5455)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br><br>*Counsel to the Foreign Representative* |

25659403.1