## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re                                              :     Chapter 15
                                                   :
Crystallex International Corporation[1]            :     Case No. 11-14074 (LSS)
                                                   :
Debtor in a Foreign Proceeding.                    :
---------------------------------------------------------------- x

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR THE HEARING ON JANUARY 5, 2021 AT 11:00 A.M. (ET)

> This hearing will be held telephonically and by video.  All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 no later than **January 5, 2021 at 8:30 a.m. (ET) to sign up**.
>
> Additionally, anyone wishing to appear by Zoom is invited to use the link below.  All parties that will be arguing or testifying must appear by Zoom **and** CourtCall.  Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to insure a proper connection.
>
> **PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL**
>
> Topic: Crystallex 11-14074
> Time: Jan 5, 2021 11:00 AM Eastern Time (US and Canada)
>
> Join ZoomGov Meeting:
> https://debuscourts.zoomgov.com/j/1617152870
>
> Meeting ID: 161 715 2870
> Passcode: 444037
>
> Join by SIP
> 1617152870@sip.zoomgov.com

### MATTERS GOING FORWARD:

1. Motion for Entry of an Order Recognizing and Enforcing the CCAA Tenth Extension and Fourteenth Amendment Order (REDACTED) [D.I. 316, 12/7/20]

   Objection/Response Deadline:                    December 22, 2020 at 4:00 p.m. (ET)

---

[1] The last four digits of the Debtor's United States taxpayer identification number are 2628.  The Debtor's executive headquarters are located at 8 King Street East, Suite 1201, Toronto, Ontario, M5C 1B5, Canada.

27531145.1

      Objections/Responses Received:      None.

      Related Pleadings:

         a)    Motion for Entry of an Order Recognizing and Enforcing the CCAA Tenth Extension and Fourteenth Amendment Order (SEALED) [D.I. 315, 12/7/20]

      Status:  This matter is going forward.

2. Motion for Order Authorizing the Filing Under Seal of Portions of the Motion for Entry of an Order Recognizing and Enforcing the CCAA Tenth Extension and Thirteenth Amendment Order [D.I. 317, 12/7/20]

      Objection/Response Deadline:      December 22, 2020 at 4:00 p.m. (ET)

      Objections/Responses Received:

         a)    Objection of Adelso A. Adrianza [D.I. 318, 12/28/20]

      Related Pleadings:      None

      Status:  This matter is going forward.

Dated: December 29, 2020  
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Matthew B. Lunn*  
Matthew B. Lunn (No. 4119)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone:  (302) 571-6600  
Facsimile:  (302) 571-1253

*Counsel to the Foreign Representative*