IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re                                                         :    Chapter 15
                                                              :
Crystallex International Corporation[1]                       :    Case No.  11-14074 (LSS)
                                                              :
Debtor in a Foreign Proceeding.                               :    **Ref. Docket Nos. 315 & 316**
------------------------------------------------------------- x

### ORDER RECOGNIZING AND ENFORCING THE CCAA TENTH EXTENSION AND FOURTEENTH AMENDMENT ORDER

Upon consideration of the *Motion for Entry of an Order Recognizing and Enforcing the CCAA Tenth Extension and Fourteenth Amendment Order* (the "Motion")[2] of the Foreign Representative, pursuant to sections 105, 1507, 1521, 1525, and 1527 of the Bankruptcy Code, seeking entry of an order recognizing and giving full force and effect to the CCAA Tenth Extension and Fourteenth Amendment Order of the Canadian Court; and upon all evidence adduced before this Court by the Foreign Representative; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P); and the Court having determined that granting the relief requested by the Motion is in the best interests of the Debtor, the Debtor's creditors, and other parties in interest; and adequate notice of the Motion and opportunity for objection having been given under the circumstances; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefor,

---

[1] The last four digits of the Debtor's United States taxpayer identification number is 2628.  The Debtor's executive headquarters are located at 8 King Street East, Suite 1201, Toronto, Ontario, M5C 1B5, Canada.

[2] Capitalized terms used herein, but not otherwise defined, have the meanings given to them in the Motion.

27397812.3

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion is granted, as set forth herein.

2. Pursuant to sections 105, 1507, 1521, 1525, and 1527 of the Bankruptcy Code, the CCAA Tenth Extension and Fourteenth Amendment Order, including any amendments thereto, is fully recognized and given full force and effect in the United States.

3. Subject to the terms and conditions of the (i) DIP Credit Agreement (as amended) and the other Credit Documents (as defined in the DIP Credit Agreement); (ii) the CCAA Financing Order, (iii) the First through Third Additional CCAA Financing Orders, (iv) the CCAA Extension and Amendment Order, (v) the CCAA Second Extension and Amendment Order, (vi) the CCAA Fifth Extension and Ninth Amendment Order, (vii) the CCAA Sixth Extension and Tenth Amendment Order, (viii) the CCAA Seventh Extension and Eleventh Amendment Order, (ix) the CCAA Eighth Extension and Twelfth Amendment Order and (x) the CCAA Ninth Extension and Thirteenth Amendment Order, each of the DIP Charge and the Lender Additional Compensation Charge granted to the DIP Lender by the Canadian Court and previously recognized by this Court shall remain in full force and effect.

4. The U.S. Financing Order, as well as the First through Third Additional U.S. Financing Orders, the U.S. Extension and Amendment Order, the U.S. Second Extension and Amendment Order, the U.S. Bridge Loan Order, the U.S. Fifth Extension and Ninth Amendment Order, the U.S. Sixth Extension and Tenth Amendment Order, the U.S. Seventh Extension and Eleventh Amendment Order, and the U.S. Eighth Extension and Twelfth Amendment Order shall continue in full force and effect, and all protections and other provisions of those orders shall continue to apply to all amounts owing to the DIP Lender under the DIP Credit Agreement, as amended by the Fourteenth Credit Agreement Amendment.

5. Notwithstanding any provision in the Bankruptcy Rules or the Local Rules to the contrary: (a) this Order shall be effective immediately and enforceable upon its entry; (b) neither the Debtor, the Foreign Representative, nor the DIP Lender is subject to any stay in the implementation, enforcement, or realization of the relief granted in this Order; and (c) the Foreign Representative, the Debtor, and the DIP Lender are authorized and empowered, and may in their discretion and without further delay, take any action and perform any act necessary to implement and effectuate the terms of this Order.

6. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

*Laurie Selber Silverstein* (signature)

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: January 5th, 2021**
**Wilmington, Delaware**

27397812.3

- 3 -