IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re                                                            :     Chapter 15
                                                                 :
Crystallex International Corporation[1]                          :     Case No.  11-14074 (LSS)
                                                                 :
Debtor in a Foreign Proceeding.                                  :     **Re: Docket Nos. 315, 316 & 317**
---------------------------------------------------------------- x

## ORDER AUTHORIZING THE FILING UNDER SEAL OF PORTIONS OF THE MOTION FOR ENTRY OF AN ORDER RECOGNIZING AND ENFORCING THE CCAA TENTH EXTENSION AND FOURTEENTH AMENDMENT ORDER

Upon consideration of the Motion to Seal[2] for entry of an order, pursuant to sections 105(a), 107(b), 1521, 1525(a), and 1527(3) of title 11 of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(d), authorizing the filing under seal portions of the Foreign Representative's *Motion for Entry of an Order Recognizing and Enforcing the CCAA Tenth Extension and Fourteenth Amendment Order* (the "U.S. Eighth Extension and Twelfth Amendment Motion"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that the Motion to Seal is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P); and upon consideration of the U.S. Tenth Extension and Fourteenth Amendment Motion as well as the facts and circumstances of the Canadian Proceeding and this chapter 15 case; and adequate notice of the Motion to Seal and opportunity for objection having been given under the circumstances; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefor,

---

[1]  The last four digits of the Debtor's United States taxpayer identification number are 2628.  The Debtor's executive headquarters are located at 8 King Street East, Suite 1201, Toronto, Ontario, M5C 1B5, Canada.

[2]  Capitalized terms used but not defined herein have the meanings assigned to such terms in the Motion.

27398930.2

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion to Seal is granted to the extent set forth herein.

2. The Fung Affidavit attached to the U.S. Tenth Extension and Fourteenth Amendment Motion as Exhibit IV is confidential and the Foreign Representative is authorized to file the Fung Affidavit under seal pursuant to sections 105(a), 107(b), 1521, 1525(a), and 1527(3) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(d). The Foreign Representative shall provide copies of the unredacted Fung Affidavit on a confidential basis to (a) the U.S. Trustee and (b) the Monitor.

3. The Foreign Representative's filing of a publicly viewable, redacted version of the Fung Affidavit on the docket satisfies Local Rule 9018-1(d).

4. The Fung Affidavit shall remain under seal and confidential and, except as explicitly provided herein, shall not, without prior authorization of the Canadian Court, be made available to anyone; _provided_, _however_ that the Foreign Representative may, to the extent permitted by the Canadian Court, provide unredacted copies of the Fung Affidavit to any person or entity, and the exercise of such discretion by the Foreign Representative shall not be deemed to modify or limit the effectiveness of this Order in any respect.

5. When sealed orders of the Canadian Court are made public thereby, the Foreign Representative shall file such unsealed orders with this Court.

6. All parties to whom the Foreign Representative provides (or already has provided) or who are otherwise in possession of the Fung Affidavit are directed to maintain the strict confidentiality of the Fung Affidavit and the confidential information contained therein.

7. Any pleadings filed in this chapter 15 case that reference or disclose any of the confidential information included in the Fung Affidavit shall be filed under seal and served upon only the Foreign Representative and those parties identified in paragraph 2 above.

8. The Foreign Representative is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

*[Signature]*
**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

27398930.2    **Dated: January 5th, 2021**
**Wilmington, Delaware**

- 3 -