# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRYSTALLEX INTERNATIONAL CORPORATION,<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 11-14074 (LSS) |

## NOTICE OF WITHDRAWAL OF
## COUNSEL FROM ECF NOTICING

PLEASE TAKE NOTICE that Ian J. Bambrick is no longer associated with Young Conaway Stargatt & Taylor, LLP and is no longer participating in the above-referenced case. He therefore respectfully requests that the Clerk of Court remove him from ECF noticing in such case.

Dated: Wilmington, Delaware
   June 22, 2021

*/s/ Ian J. Bambrick*
**FAEGRE DRINKER BIDDLE & REATH LLP**
Ian J. Bambrick (Del. Bar No. 5455)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel.: (302) 467-4200
Fax: (302) 467-4201
Ian.Bambrick@faegredrinker.com