# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | **Chapter:** 15 |
| Crystallex International Corporation | |
| 8 King Street East | |
| Suite 1201 | |
| Toronto, Ontario, | |
| CANADA | |
| EIN: 98–0152628 | **Case No.:** 11–14074–LSS |

## NOTICE OF HEARING DURING PANDEMIC

A hearing on Motion for an Order Directing the Appointment of an Examiner and Independent Counsel for the Shareholders has been scheduled for 8/20/201 at 10:00am in the United States Bankruptcy Court for the District of Delaware. **This hearing will be held virtually.** All parties wishing to appear must do so by registering at the following link:

**https://debuscourts.zoomgov.com/meeting/register/vJItdOmprjIqGeOmw_Q7NP0LtqyaLEXPnxA**

no later than 12:00 PM, one business day prior to the hearing to sign up. Participants should log into the hearing not later than 10 minutes prior to the start of the scheduled hearing to ensure a proper connection. The appearance of pro–se litigants is mandatory and failure to appear may result in an adverse ruling.

If you are unable to appear virtually please contact the Judge's chambers at 302–252–2900 for further instructions.

*/s/ Una O'Boyle*

Una O'Boyle, Clerk of Court

Dated: 7/26/21

(VAN–496a)