# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | **Chapter:** 15 |
| Crystallex International Corporation | |
| 8 King Street East | |
| Suite 1201 | |
| Toronto, Ontario, | |
| CANADA | |
| **EIN:** 98−0152628 | **Case No.:** 11−14074−LSS |

## NOTICE OF HEARING

Adelson Adrianza has filed

A hearing Regarding Motion for an Order Directing the Appointment of an Examiner and Independent Counsel for the Shareholders is scheduled for 8/20/21 at 10:00 AM at the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #2, Wilmington, DE 19801 . Objections are due on or before 8/13/21 .

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Dated: 7/26/21

(VAN−401)

United States Bankruptcy Court
District of Delaware

In re:  Case No. 11-14074-LSS
Crystallex International Corporation  Chapter 15
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: admin     Page 1 of 2
Date Rcvd: Jul 26, 2021     Form ID: van401     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Crystallex International Corporation, 8 King Street East, Suite 1201, Toronto, Ontario, CANADA |
| aty | + Jason Myatt, 200 Park Avenue, New York, NY 10166-0005 |
| aty | + Robert L. Weigel, 200 Park Aveunue, NewYork, NY 10166-0005 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bridget Gallerie | on behalf of Interested Party Garden City Group LLC Pacerteam@choosegcg.com |
| Bridget Gallerie | on behalf of Claims Agent Epiq Class Action & Claims Solutions Inc. Pacerteam@choosegcg.com |
| Chantelle D'nae McClamb | on behalf of Interested Party Huntington Ingalls Incorporated mcclambc@ballardspahr.com |
| Christopher Page Simon | on behalf of Interested Party Computershare Trust Company of Canada as Indenture Trustee csimon@crosslaw.com, smacdonald@crosslaw.com |
| Christopher Page Simon | on behalf of Debtor Crystallex International Corporation csimon@crosslaw.com smacdonald@crosslaw.com |

District/off: 0311-1 | User: admin | Page 2 of 2
Date Rcvd: Jul 26, 2021 | Form ID: van401 | Total Noticed: 3

| | |
|---|---|
| David G Holmes | on behalf of Interested Party Computershare Trust Company of Canada  as Indenture Trustee dholmes@crosslaw.com, smacdonald@crosslaw.com;ndibiaso@crosslaw.com |
| Emily Kathryn Devan | on behalf of Creditor The Bank of New York Mellon edevan@milesstockbridge.com |
| Garden City Group, LLC | PACERTeam@gardencitygroup.com |
| Jeffrey S. Stein | on behalf of Interested Party Garden City Group  LLC PACERTeam@gardencitygroup.com, Paul.Kinealy@gardencitygroup.com;melissa.melsher@gcginc.com;SBHTeam@gardencitygroup.com |
| Karen Beth Shaer | on behalf of Interested Party Garden City Group  LLC PACERTeam@gardencitygroup.com |
| Matthew Barry Lunn | on behalf of Debtor Crystallex International Corporation bankfilings@ycst.com |
| Matthew Barry Lunn | bankfilings@ycst.com |
| Matthew G. Summers | on behalf of Interested Party Huntington Ingalls Incorporated summersm@ballardspahr.com  hartlt@ballardspahr.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 14