**FILED**

2021 AUG -9 AM 9:00

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Aug 2, 2021

Honorable Judge Laurie Selber Silverstien

US Bankruptcy Court

824 North Market Street

Wilmington, Delaware 19801

Dear Judge Silverstien,

    We are writing you today about a long journey which my wife and me have endured great loss. Case 1:11bk-14074. During this 10 plus year journey Evellyn and myself have been left in the dark along with hundreds of retail shareholders. Crystallex has never reached out to share any of the court proceedings and when I finally discovered the E&Y monitors site, I found it to be coveted by redacted financial and written language that may have been useful to my wife and me and the shareholders as to the collection of the ISCID award of $1.3 billion plus interest or $1.6 billion now after an additional 2 years of stalling by Venezuela.

I recently retired from United Airlines after 32 years from serious health issues. This legacy has left me wondering about my retirement as United left me 40% of my pension with the PBGC at $1051.00 per month. I live off my savings and 401-K so its important to my wife and me you see this to its fullest resolve and equitable parity. Our Crystallex holdings are 552,607 shares or $150,000 principle. You can plainly see our investment in Crystallex is of great importance and our investment in the company was and is a serious matter.

On Aug 20,2021 Mr. Adelso Adrianza will be in your chambers for another asking your honor. His endeavors have been numerous and time consuming, but we believe in the end you will find that all the illegal efforts by Tenor and Crystallex Board of Directors was in the beginning and now to thwart any and all monies from the shareholders using fraud, bribery and whatever it took to take the prized ISCID award in its entirety including the non-taxed compliance in Canada .

By having the bankruptcy case jurisdiction in Ontario and in your court in Chapter 15 the BOD's and Tenor attempted to use your chambers and the courts in Canada to seal the deal knowing the shareholders would stand idle and take it like water under the bridge seeing you had no idea what has occurred. You will soon discover the dirty details of why we're here today.

We hope you find this letter and the asking by Adelso Adrianza supported by Evellyn , myself and all of us retail shareholders extremely important. We have had it and refuse to be stolen from of what's rightly ours.

Yours Truly,

Mr. & Mrs. Pacheco

*David A. Pacheco*  *[signature]*



Pacheco
2365 Materna Dr.
Reno, NV. 89521

US Bankruptcy Court
824 North Market St.
Wilmington, Delaware 19801
Attn: Clerk for Judge Silverstein