

**glenn**

Glenn Herbert
23412 Pacific Park Dr 15F
Aliso Viejo CA 92656
7 1 4  ·  3 8 1 · 9 0 8 7

FILED

**2021 AUG 12  PM 12: 45**

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chief Judge Laurie Selber Silverstein
US Bankruptcy Court
824 North Market St.
Wilmington, Delaware 19801
Case number 1:11-bk-14074

Dear Judge Silverstein,

It has come to my attention that you have scheduled a hearing on 08/20/2021 to address the "Motion to Appoint Examiner and Independent Counsel for the Shareholders" filed by Adelso Adrianza.

I have been a shareholder in Crystallex Corporation since early 2003 and have followed Mr. Adrianza's efforts to fight for all of us shareholders in ways we could never individually have done. I agree with him and his assessment of what's.

I would like to thank you for taking the time to address the issues and seemingly illegal acts we shareholders have witnessed over the years.

I thank you very much for your attention, time and efforts.

Sincerely,

Glenn W. Herbert