IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re                                              :     Chapter 15
                                                   :
Crystallex International Corporation[1]            :     Case No.  11-14074 (LSS)
                                                   :
Debtor in a Foreign Proceeding.                    :
---------------------------------------------------------------- x

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR THE HEARING ON AUGUST 20, 2021 AT 10:00 A.M. (ET)

ZOOM INSTRUCTIONS:

**The remote hearing will be conducted entirely over Zoom and requires all participants to register in advance.[2] COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJItdOmprjIqGeOmw_Q7NP0LtqyaLEXPnxA

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**MATTER GOING FORWARD:**

1. Motion for an Order Directing the Appointment of an Examiner and Independent Counsel for the Shareholders [D.I. 328, 7/26/21]

   Objection/Response Deadline:                    August 13, 2021 at 4:00 p.m. (ET)

   Objections/Responses Received:

   a) Letter from Frank Sisca [D.I. 335, 8/4/21]

   b) Letter from David Pacheco [D.I. 336, 8/9/21]

   c) Letter from Adelso Adrianza [D.I. 337, 8/12/21]

---

[1] The last four digits of the Debtor's United States taxpayer identification number are 2628.  The Debtor's executive headquarters are located at 8 King Street East, Suite 1201, Toronto, Ontario, M5C 1B5, Canada.

[2] Participants must register no later than 12:00 PM, one business day prior to the hearing to sign up.  Participants should log into the hearing not later than 10 minutes prior to the start of the scheduled hearing to ensure a proper connection.  The appearance of pro se litigants is mandatory and failure to appear may result in an adverse ruling.  If you are unable to appear virtually please contact the Judge's chambers at 302−252−2900 for further instructions.

28493625.1

    d) Letter from Glenn W. Herbert [D.I. 338, 8/12/21]

    e) Foreign Representative's Objection to Motion for an Order Directing the Appointment of an Examiner and Independent Counsel for the Shareholders [D.I. 339, 8/13/21]

Related Pleadings:

    f) Notice of Hearing [D.I. 329, 7/26/21]

    g) Reply to the Foreign Representative's Opposition to the Motion to Appoint and Examiner and Legal Counsel for the Shareholders [D.I. 340, 8/17/21]

Status:  This matter is going forward.

| | |
|---|---|
| Dated: August 18, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>Matthew B. Lunn (No. 4119)<br>Shane M. Reil (No. 6145)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>mlunn@ycst.com<br>sreil@ycst.com<br><br>*Counsel to the Foreign Representative* |

28493625.1