Re: Crystallex International Corp
Case # 11-14074 (LSS)

August 13, 2021

Your Honor:

I am writing this letter to add support to the filing of Adelso Adrianza in the above referred to matter. In as much as I own about 620,000 shares of Crystallex, I have tried to follow this ongoing saga. I knew stockholders had been given the shaft in the CCAA proceedings in Canada, but I was ~~shocked~~ shocked to read about many issues that Mr Adrianza raised that even I was not aware of.

Let me focus on just one issue. In the original Credit Agreement the management team was to receive no more than 25% of the amount stockholders were to receive. This was sold to stockholders as a protection for them. The idea being that management would want the stockholders to receive a fair share so as to increase the amount available for management.

At the start of CCAA, the DIP lender was given 35% of NAP (Net Arbitration Proceeds). Within a short period of time that share increased to 88%, leaving next to nothing for stockholders, and thus much less for management. NO PROBLEM, that agreement was sacked & 2 directors (Fung & Oppenheimer) entered into a NAP sharing agreement worth up to $100 million for those 2 directors.

What management & the DIP lender have done to the stockholders in this matter is dispicable. Please dig into the many claims raised by Mr Adrianza. Something certainly is rotten in Denmark, as the saying goes.

Please put the stockholders on a footing where we have legal representation & have our expenses covered as all other stakeholder have. Thanks for your attention

Barry Hatch — BARRY HATCH, stockholder

Barry Hatch
10916 E. Rembrandt Ave
Mesa, AZ 85212

824 N. Market
Wilmington DE
19801
ATTN: Clerks office

PHOENIX AZ 852
14 AUG 2021 PM 5 L

U.S.M.S.
X-RAY

