

FILED
2021 AUG 19 AM 8:59
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

19 Cheshire Dr
Etobicoke, ON  M9B2N7
Canada

August 2, 2021

The Honorable Judge Laurie Selber Silverstein
U S Bankruptcy Court
824 North Market St., 6th Floor
Wilmington, Delaware 19801

Re: 1:2011-bk-14074 (deb)

Dear Judge Silverstein:

I am writing to you on behalf of my family who have been shareholders of Crystallex International Corporation ("Crystallex") since 2008. We would like to express our full support for the Motion to Appoint Examiner and Independent Counsel for the Shareholders as filed by Adelso Adrianza.

I have been following Adelso's efforts from the outset and truly appreciate all the dedication and shrewdness he has put forth in this legal battle to protect the interests of the Crystallex shareholders. We believe that the US court system is the last jurisdiction where we can expect any hope of challenging the failure of fiduciary duty by the Crystallex directors.

Thank you for giving the shareholders this opportunity to protect our interests.

Sincerely,

Przemyslaw Kosinski

From: P. Kosciuski
19 Cheshire Dv
Etobicoke, ON
M9B 2N7
CANADA

Air Mail / Par avion

U.S.M.S. X-RAY

Attn. Clerks Office/Cacia M. Gilfillian Batts, MS
US Bankruptcy Court
824 North Market St. 6th Floor
Wilmington, Delaware 19801
USA

R:4762206.104200
Destination: 19801
Tracked Packet - USA
Paquet repérable - É.-U.

CANADA POST / POSTES CANADA
Date 2021.08.03
ETOBICOKE ON M9A3J0 CANADA
Postage - Port 14.50
0.010 kg
7004188  0476206  01044200



Tracked Packet - USA | Paquet repérable - É.-U.
USPS DELIVERY CONFIRMATION®
LM 162 403 206 CA