8-14-2021   Case 1:11-bk-14074

Honorable Judge Silverstein,

FILED
2021 AUG 20 AM 8: 31
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

   I understand from others that you will be reviewing the shareholder interests in the Crystallex hearing on August 20th. I have been a shareholder for over ten years with 100,000 shares. We were told by Robert Fung, the chairman of Crystallex, that when he proceeded with the bankruptcy court in Canada that his purpose was to protect shareholder interests. That did not take place. What he did do is protect his personal interests instead. Tenor and Fung have gone out of their way to destroy collectively shareholder interest. They want it all leaving us shareholders with pennies. If it wasn't for shareholders there would never have been a Crystallex Corp. I started a private message board called Crystallex Arbitration several years ago with 100 members. We discuss all the issues as they are provided by the courts, so we try to stay current on this matter. I also receive feedback from Justin Fine, one of the Ad Hoc Committee members that want justice for all shareholders. Not just for themselves. Thank You for any help you may provide.

Greg Warren

3285 S Sand Stone Drive, Hurricane, UT 84737

435-691-4250



Mr Greg Warren
3285 S Sand Stone Dr
Hurricane, UT 84737





CJ LAURIE S. SILVERSTEIN
824 N MARKET STREET
6th FLOOR
Wilmington, DE
19801