IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 15 |
| Crystallex International Corporation[1] | : | Case No. 11-14074 (LSS) |
| Debtor in a Foreign Proceeding. | : | **Ref. Docket Nos. 353, 354 & 355** |

**NOTICE OF FILING OF UNREDACTED VERSION OF FOREIGN REPRESENTATIVE'S SUPPLEMENTAL OBJECTION TO MOTION FOR AN ORDER DIRECTING THE APPOINTMENT OF AN EXAMINER AND INDEPENDENT COUNSEL FOR THE SHAREHOLDERS**

**PLEASE TAKE NOTICE** that, on September 20, 2021, Crystallex International Corporation, in its capacity as the court-appointed foreign representative (the "Foreign Representative") filed under seal the *Foreign Representative's Supplemental Objection to Motion for an Order Directing the Appointment of an Examiner and Independent Counsel for the Shareholders* [Docket No. 354] (the "Supplemental Objection").[2]

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously therewith, the Foreign Representative filed a motion to seal [Docket No. 355] (the "Motion to Seal"), requesting authority to redact certain information contained in the Supplemental Objection that was subject of pending sealing request in the Canadian Proceeding (the "Sealed Material"). Subsequent to the filing of the Motion to Seal, the Sealed Material was publically disclosed and, therefore, the Motion to Seal has been withdrawn. Accordingly, attached hereto as Exhibit 1 is an unredacted version of the Supplemental Objection.

---

[1] The last four digits of the Debtor's United States taxpayer identification number are 2628. The Debtor's executive headquarters are located at 8 King Street East, Suite 1201, Toronto, Ontario, M5C 1B5, Canada.

[2] Capitalized terms used but not otherwise described herein shall have the meanings given to such terms in the Supplemental Objection.

28210833.1

| | |
|---|---|
| Dated:  October 7, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>Matthew B. Lunn (No. 4119)<br>Shane M. Reil (No. 6145)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Mlunn@ycst.com<br>Sreil@ycst.com<br><br>*Counsel to the Foreign Representative* |