## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re                                                            :    Chapter 15
                                                                 :
Crystallex International Corporation[1]                          :    Case No.  11-14074 (LSS)
                                                                 :
Debtor in a Foreign Proceeding.                                  :
---------------------------------------------------------------- x

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR THE HEARING ON FEBRUARY 8, 2022 AT 11:30 A.M. (ET)

**ZOOM INSTRUCTIONS:**

**The remote hearing will be conducted entirely over Zoom and requires all participants to register in advance.  Please register by February 8, 2022 at 8:00 a.m. (ET).**

**Please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJItfu2rrzooGSNqhiLLv6y1gbb3r9xaWpk

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**CONTESTED MATTER GOING FORWARD:**

1. Motion for entry of and Order Recognizing and Enforcing (I) the CCAA Eleventh Extension and Fifteenth Amendment Order; and (II) the CCAA Twelfth Extension and Sixteenth Amendment Order [D.I. 363, 1/21/22]

    Objection/Response Deadline:                              February 1, 2022 at 4:00 p.m. (ET)

    Objections/Responses Received:

    a) Objection of Adelso Adrianza to Foreign Representative's Motion for entry of and Order Recognizing and Enforcing (I) the CCAA Eleventh Extension and Fifteenth Amendment Order; and (II) the CCAA Twelfth Extension and Sixteenth Amendment Order [D.I. 364, 2/1/22]

---

[1] The last four digits of the Debtor's United States taxpayer identification number are 2628.  The Debtor's executive headquarters are located at 8 King Street East, Suite 1201, Toronto, Ontario, M5C 1B5, Canada.

29073029.1

    Related Pleadings:    None

    Status:  This matter is going forward.

Dated: February 4, 2022    YOUNG CONAWAY STARGATT
       Wilmington, Delaware    & TAYLOR, LLP

*/s/ Matthew B. Lunn*
Matthew B. Lunn (No. 4119)
Shane M. Reil (No. 6145)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
*mlunn@ycst.com*
*sreil@ycst.com*

*Counsel to the Foreign Representative*

29073029.1

2