# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| Crystallex International Corporation | Case No. 11-14074 (LSS) |
| Debtor in a Foreign Proceeding. | Re: Docket No. 328, 363 |

## ORDER

For the reasons set forth in my Memorandum of even date,

**IT IS HEREBY ORDERED that**:

1. The Motion for an Order Directing the Appointment of an Examiner and Independent Counsel for the Shareholders [Docket No. 328] is denied without prejudice.

2. The Motion for Entry of an Order Recognizing and Enforcing (I) the CCAA Eleventh Extension and Fifteenth Amendment Order; and (II) the CCAA Twelfth Extension and Sixteenth Amendment Order [Docket No. 363] is granted, in part, as set forth herein, and otherwise denied.

3. The following provisions of the CCAA Eleventh Extension and the Fifteenth Amendment Order are recognized:

   (i)   Paragraph 3 of the Order;

   (ii)  Paragraph 4 of the Order to the extent that it provides that the date references to May 7, 2021 in the Fifteenth Credit Agreement are changed to November 5, 2021;

   (iii) Paragraph 13 of the Order.

4. The following provisions of the CCAA Twelfth Extension and the Sixteenth Amendment Order are recognized:

(i) Paragraph 3 of the Order;

(ii) Paragraphs 4 through 11 of the Order, subject to Ordering paragraph 7, below.

(iii) Paragraph 12 of the Order only to the extent that it approves a further extension of the maturity date beyond November 5, 2021; and

(iv) Paragraph 18 of the Order.

5. The proceeds of the sale of the PDVH Stock recovered by Crystallex in *Crystallex International Corp. v. Bolivarian Republic of Venezuela*, Case No. 17-151-LPS pending in the United States District Court for the District of Delaware shall not be transferred out of the United States without permission from this Court.[1]

6. No further transfer/disposition of Net Arbitration Proceeds can be made without the permission of this Court.

7. Sixty days from the entry of this Order, the Foreign Representative must file on the docket of this chapter 15 case unredacted versions of all documents that are currently on the docket in this case under seal unless before that date the Foreign Representative files a motion seeking to continue the sealing of one or more documents. Any such motion must contain legal justification for the need to keep such document(s) under seal or to permit redaction and be served on all appropriate parties, including Mr. Adrianza and those shareholders listed in footnote 1 of the Memorandum.

---

[1] The Court recognizes that there may be other judgment creditors competing for proceeds from the sale of the PDVH Stock. Memorandum n. 20. This Order does not affect the proceeds allocated to other judgment creditors in the Delaware District Court case.

8. The Foreign Representative shall serve a copy of the Memorandum and this Order on the Monitor in the CCAA Proceedings and Robert B. Pincus, Esquire, Special Master in the Delaware District Court case and file a certificate of service on the docket of this case evidencing the same.

9. This Court shall retain jurisdiction with respect to all matters relating to the interpretation and implementation of this Order.

Dated: November 28, 2022

Laurie Selber Silverstein
United States Bankruptcy Judge