IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re                                                             :    Chapter 15
                                                                  :
Crystallex International Corporation                              :    Case No.  11-14074 (LSS)
                                                                  :
Debtor in a Foreign Proceeding.                                   :
----------------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), this Court has scheduled the following omnibus hearing date in the above-captioned proceeding:

**February 15, 2023 at 10:00 a.m. (ET)**

**Dated: January 9th, 2023**
**Wilmington, Delaware**

*LAURIE SELBER SILVERSTEIN*
**UNITED STATES BANKRUPTCY JUDGE**

30011180.1