IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re                                          :    Chapter 15
                                               :
Crystallex International Corporation           :    Case No.  11-14074 (LSS)
                                               :
Debtor in a Foreign Proceeding.                :
------------------------------------------------------------- x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1(b) and the below certification, the undersigned counsel moves the admission *pro hac vice* of Keith R. Martorana of Gibson, Dunn & Crutcher LLP as counsel to the debtor in the above-captioned cases.

Dated:  January 27, 2023            */s/ Shane M. Reil*
                                    Shane M. Reil (No. 6195)
                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                    Rodney Square
                                    1000 North King Street
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 571-6600

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated:  January 27, 2023            */s/ Keith R. Martorana*
                                    Keith R. Martorana
                                    GIBSON, DUNN & CRUTCHER LLP
                                    200 Park Avenue
                                    New York, New York 10166
                                    Telephone: (212) 351-4000
                                    Email:  kmartorana@gibsondunn.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: January 30th, 2023**                              **LAURIE SELBER SILVERSTEIN**
**Wilmington, Delaware**                                   **UNITED STATES BANKRUPTCY JUDGE**

30068193.1