FILED
2023 FEB -7 AM 9:23
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

1274 Errol Re E
Sarnia, Ontario.
N7S 5L2
Feb 3, 2023
wlovsin@cogeco.ca

US Bankruptcy Court
824 North Market Street
Wilmington, DE 19801
Judge Hon Laurie Silverstein
CS#1:11-BK-14074

Dear Madam;
+
Fung stated in his original meeting with the Canadian bankruptcy judge that he was all about protecting shareholder value.

Fung has done everything possible to destroy shareholder value on purpose.

Fung gave away 88% of the judgement to Tenor in Canadian courts.

Fung became a board member of the Tenor group.

Does Tenor deserve nearly the entire award of 1.6 billion for under a 100 million investment at the expense of the investors that kept KRY alive while it was an active company?

I have 120,000 shares of KRY stock in my portfolio with CIBC Investors Edge Toronto Ontario.

I want to be registered as a shareholder (stockholder) of KRY on record with the courts so I can participate in any distribution of recovered money in the future.

Yours truly

*[signature]*

Frank William Lovsin
1274 Errol Rd E
Sarnia, ON
N7S 5L2