Bankruptcy Court Clerk,

Please add my name to the official record for "ALL" court filings for Crystallex Corporation this is case # 1:11-BK-14074.

Please mail any court documents to:
Mark Powell
2337 Beckert DR
El Dorado Hills, Calif
95762

Thank you,
Mark Powell
Current Crystallex Shareholder