FILED

2023 FEB -9  AM 10: 12

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

US Bankruptcy Court Clerk  
District of Delaware  
824 N Market St. # 500  
Wilmington, DE 19801

February 3, 2023

CS # 1:11-BK-14074

Judge Hon Laurie Silverstein;

I am a United Stated citizen and several decades ago I purchased Crystalex Stocks, (KRY)/(CRY), approximately 296,000 shares.

Year after year, court session after court session I continue to wait for a settlement as awarded by the International Courts.

Please consider the average stock holder here when making your decision. All we (I) want if my invested funds to be made whole. I am presently retired, on fixed income and this investment was a major portion of my savings for my retirement years. I am now 67 years old and would like to live to see the day that I am finally compensated for my investment.

Thank you in advance for your consideration.

Yours truly;

Bernard J Popp  
6033 N Sheridan Rd  
15L  
Chicago, Il 60660