**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re                                                          :    Chapter 15
                                                               :
Crystallex International Corporation[1]                        :    Case No.  11-14074 (LSS)
                                                               :
Debtor in a Foreign Proceeding.                                :
---------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON FEBRUARY 15, 2023 AT 10:00 A.M. (ET)**

> **THIS HEARING WILL BE CONDUCTED IN-PERSON. ANY EXCEPTIONS MUST BE APPROVED BY CHAMBERS.**
>
> **PARTIES MAY OBSERVE THE HEARING REMOTELY BY REGISTERING WITH THE ZOOM LINK BELOW NO LATER THAN FEBRUARY 15, 2023 AT 8:00 A.M (ET)**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIsdO-orDwoGJYjv6H7ecx51XxWmlHgoXA**
>
> **AFTER REGISTERING YOUR APPEARANCE BY ZOOM, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING**

**CONTESTED MATTER GOING FORWARD:**

1. Motion for Entry of and Order Recognizing and Enforcing Specified Provisions of the CCAA Thirteenth Extension and Seventeenth Amendment Order [D.I. 379; 1/27/23]

    Objection/Response Deadline:                February 8, 2023 at 4:00 p.m. (ET)

    Objections/Responses Received:

    a) Objection of Adelso Adrianza to Foreign Representative's Motion for Entry of an Order Recognizing and Enforcing Specified Provisions of the CCAA Thirteenth Extension and Seventeenth Amendment Order [D.I. 396; 2/6/23]

    b) Letter Regarding Distribution Recovery by Frank Lovsin [D.I. 398; 2/7/23]

    c) Letter from Shareholder Committee Regarding Objections to (I) Motion for Entry of and Order Recognizing and Enforcing Specified Provisions of the CCAA Thirteenth Extension and Seventeenth Amendment Order and (II) Motion of

---

[1] The last four digits of the Debtor's United States taxpayer identification number are 2628.  The Debtor's executive headquarters are located at 8 King Street East, Suite 1201, Toronto, Ontario, M5C 1B5, Canada.

30111337.1

       Foreign Representative for Entry of an Order Authorizing the Continued Sealing of Certain Confidential Information [D.I. 409; 2/10/23]

    d) Omnibus Reply in Support of: (I) Motion of Foreign Representative for Entry of an Order Authorizing the Continued Sealing of Certain Confidential Information; and (II) Motion for Entry of and Order Recognizing and Enforcing Specified Provisions of the CCAA Thirteenth Extension and Seventeenth Amendment Order [D.I. 411; 2/10/23]

Related Pleadings:                         None

Status:  This matter is going forward.

2. Motion of Foreign Representative for Entry of an Order Authorizing the Continued Sealing of Certain Confidential Information [D.I. 392; 1/27/23]

    Objection/Response Deadline:           February 8, 2023 at 4:00 p.m. (ET)

    Objections/Responses Received:

    a) Objection of Adelso Adrianza to Foreign Representative's Motion for Entry of an Order Authorizing the Continued Sealing of Certain Confidential Information [D.I. 397; 2/6/23]

    b) Letter Regarding Distribution Recovery by Frank Lovsin [D.I. 398; 2/7/23]

    c) Letter from Shareholder Committee Regarding Objections to (I) Motion for Entry of and Order Recognizing and Enforcing Specified Provisions of the CCAA Thirteenth Extension and Seventeenth Amendment Order and (II) Motion of Foreign Representative for Entry of an Order Authorizing the Continued Sealing of Certain Confidential Information [D.I. 409; 2/10/23]

    d) Omnibus Reply in Support of: (I) Motion of Foreign Representative for Entry of an Order Authorizing the Continued Sealing of Certain Confidential Information; and (II) Motion for Entry of and Order Recognizing and Enforcing Specified Provisions of the CCAA Thirteenth Extension and Seventeenth Amendment Order [D.I. 411; 2/10/23

Related Pleadings:

    e) Senior Secured Credit Agreement Between Crystallex International Corporation and Tenor Special Situation Fund I, LLC [(SEALED) D.I. 97; 4/11/12; (REDACTED) D.I. 383; 1/27/23]

    f) (UNSEALED) Third Credit Agreement Amendment [D.I. 384; 1/27/23]

    g) Debtors' Motion for Order Recognizing Transfer Agreement Order [(SEALED) 151; 1/13/2015; (REDACTED) D.I. 385; 1/27/23]

30111337.1

h) (UNSEALED) Motion for Order Recognizing Approval Order [D.I. 386; 1/27/23]

i) Thirteenth Report of the Monitor [(SEALED) D.I. 151; 1/13/15; (REDACTED) D.I. 387; 1/27/23]

j) Affidavit of Harry Near [(SEALED) D.I. 151; 1/13/15; (REDACTED) D.I. 388; 1/27/23]

k) (UNSEALED) Transfer Agreement Order [D.I. 389; 1/27/23]

l) Foreign Representative's Supplemental Objection to Motion for an Order Directing the Appointment of an Examiner and Independent Counsel for the Shareholders [(SEALED); D.I. 353; 9/20/21; (REDACTED) D.I. 390; 1/27/23]

m) Notice of Filing of Certain Unredacted and Less Redacted Versions of Previously Sealed Documents [D.I. 391; 1/27/23]

n) Letter to The Honorable Chief Judge Silverstein from Ernst & Young Inc. Regarding Omnibus Hearing in Proceedings of Crystallex International Corporation [D.I. 405; 2/9/23

Status:  This matter is going forward.

Dated: February 13, 2023
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Shane M. Reil*
Matthew B. Lunn (No. 4119)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
*mlunn@ycst.com*
*sreil@ycst.com*

*Counsel to the Foreign Representative*

30111337.1