US Bankruptcy Court Clerk
District of Delaware
824 N Market St. # 500
Wilmington, DE 19801
Judge Hon Laurie Silverstein

FILED

2023 FEB 13  AM 10: 43

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

CS # 1:11-BK-14074

Dear Judge Silverstein

I want to inform you that I would like to be considered an interested party as a shareholder in Crystallex International.
I have been a shareholder for 18 years and it has taken a great toll on my family and my health.

I made a mistake in trusting Mr. Fung and he lied to my face at the last AGM that was held so many years ago.
My wife, daughter and myself own over 450,000 Crystallex shares. My brother-in-law and nephew also own shares and want justice. Contrary to what Mr. Fung has stated in the court documents, he has done everything possible to make sure shareholders receive nothing of the award that is rightfully ours.

I have followed the proceeding but have mainly been in the shadows.
I need to ensure that all members of the court understand there are many more of us who sit and wait without the funds to pursue action to have our voice heard.
It is frustrating that everyone seems to get legal counsel paid for by Crystallex except the very shareholders they were supposed to represent.

Please consider me an interested party and send any relevant information so I can remain informed as to how things are proceeding and what action is being taken to right this wrong.
I would like to attend the Feb. 15th Omni Bus Hearing by zoom if allowed.

Respectfully

*[signature]*

Grant Watson

88 Golden Eagle Dr.
Winnipeg, Manitoba
Canada R2K 4L9