**FILED**

**2023 JUL 28 AM 11:28**

**CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE**

Mr. David A Pacheco

2365 Makenna Dr.

Reno, Nv. 89521

July 20, 2023

Honorable Leonard P. Stark

United States District Court District of Delaware

844 North King St Unit 18

Wilmington, DE 19801-3570

Crystallex International Corporation v. Bolivarian Republic of Venezuela, 1:17-mc-00151, (D. Del.)    11-14074

Dear Judge Stark:

My name is David A. Pacheco. I am a retired airman of 33 yrs. who resides in Reno, Nv. I am writing you today out of frustration from the long standing Crystallex bankruptcy case. My main concern for writing this letter to you today your honor is the removal of my Crystallex Intl. common shares 22942F101 deemed worthless by Crystallex as advised by the company to TD Ameritrade's lynn the Corporate Actions representative to book my shares as a loss and not notifying me prior to removal on 7-13-2023.

Mine and as well as others who have accounts held at TD Ameritrade, E-Trade and possibly others were advised by Crystallex to remove the shares because there wouldn't be any equity remaining after Crystallex collects the arbitrarial award from Citgo. That your honor still is unknown as the Special Masters auction or a final negotiated amount from Citgo awaits final payment. Judge Silverstein has already said not one penny leaves her court until she sees all the evidence the shareholders will bring forward once the award is collected of illegal acts by Crystallex.

In two other instances 3-2021 and 2-2022 my shares were removed in the same manner but placed back in my account after I filed complaints with FINRA. I have filed a complaint to FINRA

on the recent actions by TD Ameritrade. Again, timely seeing the case is maturing and close to resolution.

After reading this letter would you please ask Crystallex attorneys if Crystallex/Tenor advised TD Ameritrade, ETrade and other potential brokers to rid us of our shares. Some of our shareholders may have forgotten or passed away and more than likley didn't catch the brokers actions like me and others who follow this case closely. It's very important for many, especially retired shareholders who are counting on the return after such a laborous wait.

Respectully,

David A. Pacheco

cc,

Honorable Laurie Selber Silverstein

United States Bankruptcy Court District of Delaware

824 North Market Street

6th Floor

Wilmington, DE 19801

Re; Crystallex International Corporation, 11-14074, (Bankr. D. Del.)

# Ameritrade

Thu Jul 20 2023 2:27:58 am ET

**Crystallex Corp**
From: Message Center Client Services    Date: 07/18/23 4:28 PM    Message available until 07/17/25.

Hello David,

Thank you for your inquiry,

Unfortunately the shares were removed as delisted and we cannot re-establish the shares. If the company or the agent of the company tells us to place the shares back in your account we will but as of right now we cannot.

If you have any questions, please reply to this email or call the Reorganization Department at 888-723-8504, option 1. We are available Monday through Friday from 9 a.m. to 5:00 p.m. ET, excluding market holidays.

Sincerely,

Elisabet Tucker
Reorganization Department

TD Ameritrade
1-800-669-3900

TD Ameritrade Clearing, Inc., member FINRA/SIPC. Communications may be subject to review.


Original Message Follows:
_____


I was called back today 7/17/2023 as a follow up call from representative Taylor Perez to provide proof Crystallex is pursuing collection from Venezuela . I am providing a link as to on going negotiations.
Please return my shares immediately to my account.

　　　　　Mr. Pacheco

Link to settlement https://energiesnet.com/venezuela-pursues-debt-settlement-with-crystallex-conoco-bondholders-reuters/

(KMM135841407V11744L0KM)

# Ameritrade

GAINSKEEPER

Cost Basis  Provided by GainsKeeper

Thu Jul 20 2023 2:25:44 AM EST

**Totals:** Adj cost **72,904.99**    Adj proceeds **2,172.57**    Adj gain ($) **-70,732.42**    Adj gain (%) **-97.02**

| Symbol | Description | Trans type | Qty | Open date | Adj cost | Close date | Adj proceeds | Adj gain ($) | Adj gain (%) | Term |
|---|---|---|---|---|---|---|---|---|---|---|
| 22942F101 | CRYSTALLEX INTL CORP | | 290,400 | --- | 72,119.59 | --- | | -72,119.59 | -100.00 | Long |
| TGTX | TG THERAPEUTICS INC | Sell.FIFO | 85 | 12/28/22 | 785.40 | 05/30/23 | 2,172.57 | 1,387.17 | 176.62 | Short |
| Totals: | | | | | 72,904.99 | | 2,172.57 | -70,732.42 | -97.02 | |

The cost basis information TD Ameritrade provides for tax-exempt accounts is for client use only. TD Ameritrade will not report cost basis information on tax-exempt accounts to the IRS.

**Important Disclaimer: Intraday data is delayed at least 20 minutes. GainsKeeper® service and performance reporting is offered and conducted by Wolters Kluwer Financial Services, Inc. ("WKFS") and is made available by TD Ameritrade for general reference and educational purposes only. TD Ameritrade is not responsible for the reliability or suitability of the information. However, TD Ameritrade is required to provide accurate tax lot basis information in connection with 1099-B reporting for "covered" securities and uses the services of the GainsKeeper system in so doing. TD Ameritrade is solely responsible for the accuracy of tax lot basis information it makes available to its clients for "covered" securities, whether through the Gainskeeper system or otherwise. TD Ameritrade does not provide tax advice. You may wish to consult independent sources with respect to tax lot and performance reporting. The GainsKeeper service and the financial information and research it provides, including but not limited to market data, tools, analysis, services and commentary (collectively, "Information"), are subject to and expressly conditioned on, your acceptance of the GainsKeeper Terms of Usage, including future revisions. Your use of the Information constitutes your acceptance of the GainsKeeper Terms of Usage. Access to and use of the GainsKeeper service and other information is also governed by the TD Ameritrade Client Agreement. TD Ameritrade and WKFS are separate, unaffiliated companies and are not responsible for one another's services or policies.

GainsKeeper is the registered trademark of Wolters Kluwer Financial Services, Inc.

GainsKeeper is a product offered by Wolters Kluwer Financial Services ("WKFS"). WKFS does not provide tax advice. No portion of this web page or report can be construed as tax advice and is not intended or written by WKFS to be used as tax advice. Recipients should consult their own tax advisors.

WKFS relies on data from a variety of sources and such data is not verified by WKFS. WKFS is not responsible for inaccuracies in its calculations that directly or indirectly result from incorrect or inaccurate data. In cases where data is incomplete or insufficient, WKFS may make various assumptions in order to make calculations.

The data reported by WKFS on web pages or in reports do not necessarily take into account potentially important considerations to specific persons or entities. All information provided by WKFS must be considered by users in light of their specific circumstances and judgment as to applicability and correctness, and in light of any subsequent developments and/or other events. WKFS determinations and calculations are based on our understanding of the tax law as available and in effect as of the date of the design of the currently implemented WKFS system. Such tax law is subject to change, possibly with retroactive effect, and such changes may not be taken into account by WKFS.

WKFS performs calculations that are affected by investor elections, including elections that relate to special tax calculation rules for debt instruments. WKFS does not verify that elections have been properly made or revoked. WKFS makes no representation or warranty as to the correctness, accuracy or completeness of any investor election or revocation of election, tax classification, amount, or other determination and assumes no liability for damages resulting from elections or revocation of elections, determinations of taxability, tax classification, or other attributes, including any collateral or consequential damages including but not limited to taxes or tax related penalties, nor does it provide any assurance of the accuracy of any data used to make such determinations.