7/25/2023



Regarding The Crystallex International Case

CS# 1:11-BK-14074

Dear Judge Hon Laurie Silverstein:

I am writing you concerning my investment in Crystallex International Corporation in which I have been a shareholder since 2006. I wanted to inform your court that my shares have been removed (Sell.FIFO) from my TD Ameritrade account without my authorization on July 13, 2023. I have been in touch with TD Ameritrade, and they have informed me that the shares will not be re-instated. This is troubling discovery for me given the fact that Crystallex and Tenor are in the process of hopefully securing a path to collect monies to pay back creditors and all stakeholders including shareholders.

Could you please let me know if there is any efforts underway to protect shareholders from Breaches of Corporate Fiduciary Duties by Crystallex?

Best Regards,

Sean Coleman

361 Kuhl Rd.

Lindley, NY 14858