# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 15 |
| Crystallex International Corporation[1] | : Case No. 11-14074 (LSS) |
| Debtor in a Foreign Proceeding. | : **Ref. Docket No. 460** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 460

**PLEASE TAKE NOTICE** that, on September 25, 2023, Crystallex International Corporation, in its capacity as the court-appointed foreign representative (the "Foreign Representative") filed the *Notice of Filing of Unsealed or Less Redacted Documents Pursuant to Canadian Court's August 17, 2023* [Docket No. 460] (the "Notice").

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel to the Foreign Representative hereby withdraws the Notice.

Dated: September 26, 2023
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Shane M. Reil*
Matthew B. Lunn (No. 4119)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Mlunn@ycst.com
Sreil@ycst.com

*Counsel to the Foreign Representative*

---

[1] The last four digits of the Debtor's United States taxpayer identification number are 2628. The Debtor's executive headquarters are located at 8 King Street East, Suite 1201, Toronto, Ontario, M5C 1B5, Canada.

30813181.1