**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re                                              :    Chapter 15
                                                   :
Crystallex International Corporation               :    Case No. 11-14074 (LSS)
                                                   :
Debtor in a Foreign Proceeding.                    :
---------------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), this Court has scheduled the following omnibus hearing date in the above-captioned proceeding:

**May 13, 2024 at 10:00 a.m. (ET)**

30011180.2