**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re                                              :     Chapter 15
                                                   :
Crystallex International Corporation[1]            :     Case No. 11-14074 (LSS)
                                                   :
Debtor in a Foreign Proceeding.                    :
---------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON JANUARY 6, 2025 AT 3:00 P.M. (ET)**

> **THIS HEARING WILL BE CONDUCTED <u>IN-PERSON</u>. ALL PARTIES, INCLUDING WITNESSES, ARE EXPECTED TO ATTEND IN PERSON UNLESS PERMITTED TO APPEAR REMOTELY AND ALL REMOTE PARTICIPANTS MUST REGISTER BY JANUARY 3, 2025 AT 4:00 P.M (ET).**
>
> **TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURTAPPEARANCE TOOL (AVAILABLE HERE) OR ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV.**
>
> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.**

## MATTER WITH CERTIFICATION

1.  Motion for Entry of an Order Recognizing and Enforcing Specified Provisions of the CCAA Fifteenth Extension and Nineteenth Amendment Order [D.I. 487; 12/16/24]

    Objection/Response Deadline:          December 30, 2024 at 4:00 p.m. (ET)

    Objections/Responses Received:        None

    Related Pleadings:

    a) Certificate of No Objection [D.I. 490; 1/2/24]

    Status: A certificate of no objection has been filed with the Court. No hearing is required.

---

[1] The last four digits of the Debtor's United States taxpayer identification number are 2628. The Debtor's executive headquarters are located at 8 King Street East, Suite 1201, Toronto, Ontario, M5C 1B5, Canada.

Dated: January 2, 2025  
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Matthew B. Lunn*
Matthew B. Lunn (No. 4119)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
*mlunn@ycst.com*
*jkochenash@ycst.com*

*Counsel to the Foreign Representative*

32572277.1

2