**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
---------------------------------------------------------------- x
In re                                          :    Chapter 15
                                               :
Crystallex International Corporation            :    Case No.  11-14074 (LSS)
                                               :
Debtor in a Foreign Proceeding.                 :
---------------------------------------------------------------- x
```

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), this Court has scheduled the following omnibus hearing date in the above-captioned proceeding:


**May 1, 2026 at 11:30 a.m. (ET)**


**Dated: March 24th, 2026**
**Wilmington, Delaware**

30011180.4

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**