**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
----------------------------------------------------------------  x
In re                                          :      Chapter 15
                                               :
Crystallex International Corporation[1]         :      Case No. 11-14074 (LSS)
                                               :
Debtor in a Foreign Proceeding.                :
----------------------------------------------------------------  x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR THE HEARING ON MAY 1, 2026 AT 11:30 A.M. (ET)**

**THIS HEARING WILL BE CONDUCTED IN-PERSON.  ALL PARTIES, INCLUDING WITNESSES, ARE EXPECTED TO ATTEND IN PERSON UNLESS PERMITTED TO APPEAR REMOTELY AND ALL REMOTE PARTICIPANTS MUST REGISTER BY APRIL 30, 2026 AT 4:00 P.M (ET).**

**TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURTAPPEARANCE TOOL (AVAILABLE HERE) OR ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.**

**MATTER GOING FORWARD**

1.	Motion for Entry of an Order Recognizing and Enforcing Specified Provisions of the CCAA Sixteenth Extension and Twentieth Amendment Order [D.I. 500; 3/24/26]

	Objection/Response Deadline:	April 10, 2026 at 4:00 p.m. (ET)

	Objections/Responses Received:

	a)	Objection to the Foreign Representative's Motion for Entry of an Order Recognizing and Enforcing Specified Provisions of the CCAA Sixteenth Extension and Twentieth Amendment Order [D.I. 503; 4/9/26]

	Related Pleadings[2]:

---

[1]	The last four digits of the Debtor's United States taxpayer identification number are 2628.  The Debtor's executive headquarters are located at 8 King Street East, Suite 1201, Toronto, Ontario, M5C 1B5, Canada.

[2]	On April 9, 2026, Mr. Adelso Adriaza filed the *Omnibus Motion to (I) Provide Sufficient Protection, (II) Issue a Declaratory Judgment, and (III) Limit, Condition, or Modify the Relief to the Foreign Representative* [D.I. 504] (the "Omnibus Motion").  Mr. Adriaza also filed a *Notice of Intent to Raise Issues Under Foreign Law* [D.I. 502], which appears to be related to the Omnibus Motion.  Although Mr. Adriaza references the Omnibus Motion in his objection to the Debtor's *Motion for Entry of an Order Recognizing and Enforcing Specified Provisions of the CCAA Sixteenth Extension and Twentieth Amendment Order*, the Omnibus Motion has not

b)  Reply in Support of Motion for Entry of an Order Recognizing and Enforcing Specified Provisions of the CCAA Sixteenth Extension and Twentieth Amendment Order [D.I. 510; 4/28/26]

Dated: April 29, 2026
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Matthew B. Lunn*
Matthew B. Lunn (No. 4119)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
mlunn@ycst.com
jkochenash@ycst.com

*Counsel to the Foreign Representative*

---

60082410.2

been noticed for a hearing.  The Debtor has filed a limited statement and reservation of rights regarding the Omnibus Motion (see Docket No. 511).

2