# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re                                      :       Chapter 15

:

Crystallex International Corporation[1]    :       Case No. 11-14074 (LSS)

:

Debtor in a Foreign Proceeding.      :

---------------------------------------------------------------- x

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON MAY 1, 2026 AT 11:30 A.M. (ET)

**THIS HEARING WILL BE CONDUCTED IN-PERSON.  ALL PARTIES, INCLUDING WITNESSES, ARE EXPECTED TO ATTEND IN PERSON UNLESS PERMITTED TO APPEAR REMOTELY AND ALL REMOTE PARTICIPANTS MUST REGISTER BY APRIL 30, 2026 AT 4:00 P.M (ET).**

**TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURTAPPEARANCE TOOL (AVAILABLE HERE) OR ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.**

## MATTER GOING FORWARD

1.      Motion for Entry of an Order Recognizing and Enforcing Specified Provisions of the CCAA Sixteenth Extension and Twentieth Amendment Order [D.I. 500; 3/24/26]

      Objection/Response Deadline:           April 10, 2026 at 4:00 p.m. (ET)

      Objections/Responses Received:

         a)   Objection to the Foreign Representative's Motion for Entry of an Order Recognizing and Enforcing Specified Provisions of the CCAA Sixteenth Extension and Twentieth Amendment Order [D.I. 503; 4/9/26]

      Related Pleadings[3]:

---

[1]    The last four digits of the Debtor's United States taxpayer identification number are 2628.  The Debtor's executive headquarters are located at 8 King Street East, Suite 1201, Toronto, Ontario, M5C 1B5, Canada.

**[2]    All amendments appear in bold.**

[3]    On April 9, 2026, Mr. Adelso Adrianza filed the *Omnibus Motion to (I) Provide Sufficient Protection, (II) Issue a Declaratory Judgment, and (III) Limit, Condition, or Modify the Relief to the Foreign Representative* [D.I. 504] (the "Omnibus Motion").  Mr. Adriaza also filed a *Notice of Intent to Raise Issues Under Foreign Law* [D.I. 502], which appears to be related to the Omnibus Motion.  Although Mr. Adrianza references the Omnibus

60099063.2

b) Reply in Support of Motion for Entry of an Order Recognizing and Enforcing Specified Provisions of the CCAA Sixteenth Extension and Twentieth Amendment Order [D.I. 510; 4/28/26]

c) **Reply in Support of Movant's Omnibus to (I) Provide Sufficient Protection, (II) Issue Declaratory Relief, and (III) Modify Relief Granted to the Foreign Representative [D.I. 513; 4/30/26][4]**

**Status:  The Recognition Motion is going forward.**

Dated: May 1, 2026
Wilmington, Delaware

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Matthew B. Lunn*
Matthew B. Lunn (No. 4119)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
mlunn@ycst.com
jkochenash@ycst.com

*Counsel to the Foreign Representative*

---

Motion in his objection to the Debtor's *Motion for Entry of an Order Recognizing and Enforcing Specified Provisions of the CCAA Sixteenth Extension and Twentieth Amendment Order*, the Omnibus Motion has not been noticed for a hearing.  The Debtor has filed a limited statement and reservation of rights regarding the Omnibus Motion (see Docket No. 511).

[4] **Although the Omnibus Motion is not scheduled for this hearing, the Debtor included this reply to the extent it responds to the Debtor's reply in support of the Recognition Motion and for the Court's convenience.**

60099063.2